IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SCOTTS VALLEY BAND OF POMO INDIANS, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> *Defendants*. | Case No. 1:19-CV-01544-ABJ |

**NOTICE OF FILING ADMINISTRATIVE RECORD INDEX**

Pursuant to Local Rule 7(n)(1) and the Parties' agreed upon schedule (ECF No. 16), Defendants the United States Department of the Interior; David Bernhardt, in his official capacity as the Secretary of the Interior; Tara Sweeny, in her official capacity as the Assistant Secretary – Indian Affairs; and John Tahsuda, in his official capacity as the Principal Deputy Assistant Secretary – Indian Affairs (collectively, "Federal Defendants") hereby submit the certified index to the administrative record for the agency decision at issue in this action. Attached as Exhibit 1 to this notice is the certification and index for the administrative record of the Department of the Interior. The CM/ECF System serves the electronically-filed documents listed above upon counsel of record directly. In addition, Federal Defendants are sending the administrative record on DVD by overnight mail to:

Arlinda F. Locklear
Law Office of Arlinda Locklear
4113 Jenifer Street, NW
Washington, DC 20015

Patrick Robert Bergin
Fredericks Peebles & Patterson LLP
2020 L Street Suite 250
Sacramento, CA 95811

Should the Court grant the Yocha Dehe Wintun Nation's Motion to Intervene (ECF No. 17), Federal Defendants will promptly provide a copy of the administrative record to counsel for proposed intervenors.

Respectfully submitted this 10th day of October, 2019.

        JEAN E. WILLIAMS
        Deputy Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        */s/ Claudia Antonacci Hadjigeorgiou*_____
        CLAUDIA ANTONACCI HADJIGEORGIOU
        Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        150 M Street, NE
        Washington, D.C. 20002
        202-305-0434
        Claudia.Hadjigeorgiou@usdoj.gov

OF COUNSEL
John-Michael Partesotti
Attorney-Advisory
United States Department of the Interior
Office of the Solicitor
Division of Indian Affairs