UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTTS VALLEY BAND OF POMO INDIANS,<br><br>　　　　　　Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, *in his official capacity as Secretary of the United States Department of the Interior*; TARA SWEENEY, *in her official capacity as Assistant Secretary for Indian Affairs of the United States Department of the Interior*; JOHN TAHSUDA, *in his official capacity as Principal Deputy to the Assistant Secretary for Indian Affairs of the United States Department of the Interior,*<br><br>　　　　　　Defendants. | CASE NO. 1:19-cv-1544 ABJ<br><br>Judge Amy Berman Jackson |

## PLAINTIFF'S MOTION TO COMPLETE THE ADMINISTRATIVE RECORD

Plaintiff Scotts Valley Band of Pomo Indians ("Tribe") moves this Court for an order compelling the Defendants to complete the administrative record in this action with the following documents:

1. All documents considered by the Department between the February 7, 2019 letter of Principal Deputy to the Assistant Secretary for Indian Affairs and the April 26, 2019 letter of Assistant Secretary for Indian Affairs.

2. Specific documents related to the Tribe's request for reconsideration ("Reconsideration Documents") considered by the Department between the February 7, 2019 letter of

1

Principal Deputy to the Assistant Secretary for Indian Affairs and the April 26, 2019 letter of Assistant Secretary for Indian Affairs. The Reconsideration Documents include:

    a. February 26, 2019, email from Eric Shepard, Associate Solicitor, Division of Indian Affairs to Arlinda Locklear (Tribe's counsel), releasing the Feb. 7, 2019 letter and indicating that this letter was mailed to the Tribe the previous day.

    b. February 28, 2019, letter of Tribal Chairman Shawn Davis, making the request for reconsideration.

    c. March 14, 2019, letter from Arlinda Locklear (Tribe's counsel) specifying grounds for the requested reconsideration.

    d. March 14, 2019, email from Tara Sweeney, Assistant Secretary for Indian Affairs to Arlinda Locklear (Tribe's counsel), indicating a referral of request for reconsideration to the Office of Indian Gaming.

    e. April 26, 2019, letter from Tara Sweeney, Assistant Secretary for Indian Affairs, to Tribal Chairman Shawn Davis rejecting, in part, grounds for reconsideration.

3. Department guidance memoranda regarding the agency's process for determining whether newly acquired lands are part of the restoration of lands for a restored Indian tribe:

    a. May 22, 2008, guidance memorandum from Carl Artman, Assistant Secretary - Indian Affairs, titled "Guidance on policy decision regarding restored lands for restored tribes."

    b. February 25, 2019, memorandum from Tara Sweeney, Assistant Secretary for Indian Affairs, withdrawing the May 22, 2008, guidance memorandum.

In support of this motion, the Tribe relies upon the attached Memorandum of Points and Authorities and the Declaration of Arlinda Locklear, which are filed herewith.

On December 16, 2019, counsel for the Tribe conferred with counsel for the Defendants concerning this motion pursuant to Local Civil Rule 7(m) and Defendants have indicated they will oppose the motion. See also [Proposed] Order, Doc. 16-1 at p. 2 (setting schedule for motions challenging contents of administrative record), approved by Minute Order dated Aug. 20, 2019. Oral argument is not requested by the Tribe.

Dated: December 17, 2019             Respectfully submitted,

                                      By:   /s/ Patrick R. Bergin

                                             Patrick R. Bergin (D.C. Bar No. 493585)
                                             Tim Hennessy (D.C. Bar No CA00040)
                                             FREDERICKS PEEBLES & PATTERSON LLP
                                             2020 L Street, Suite 250
                                             Sacramento, California 95811
                                             (916) 441-2700
                                             pbergin@ndnlaw.com
                                             thennessy@ndnlaw.com

                                             Arlinda F. Locklear (D.C. Bar No. 962845)
                                             4113 Jenifer Street, NW
                                             Washington, DC 20015
                                             (202) 237-0933
                                             alocklearesq@verizon.net


                                         Attorneys for Plaintiff
                                         **SCOTTS VALLEY BAND OF POMO INDIANS**