UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTTS VALLEY BAND OF POMO INDIANS,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.,*<br><br>     Defendants. | CASE NO. 1:19-cv-1544 ABJ<br><br>Judge Amy Berman Jackson |

**JOINT APPENDIX OF PORTIONS OF THE ADMINISTRATIVE RECORD**

 Plaintiff Scotts Valley Band of Pomo Indians and Defendants United States Department of the Interior et al. hereby jointly submit an appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in the parties' memoranda in support of or in opposition to their cross-motions for summary judgment.


Dated: December 6, 2021      Respectfully submitted,


               By: /s/ Patrick R. Bergin
               Patrick R. Bergin (D.C. Bar No. 493585)
               Tim Hennessy (D.C. Bar No. CA00040)
               Peebles Kidder Bergin & Robinson LLP
               2020 L Street, Suite 250
               Sacramento, California 95811
               (916) 441-2700
               pbergin@ndnlaw.com
               thennessy@ndnlaw.com

Arlinda F. Locklear (D.C. Bar No. 962845)
4113 Jenifer Street, NW
Washington, DC 20015
(202) 237-0933
alocklearesq@verizon.net

Attorneys for Plaintiff
Scotts Valley Band of Pomo Indians


TODD S. KIM
Assistant Attorney General

By:     /s/ Devon Lehman McCune
Devon Lehman McCune
Senior Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St., S. Terrace, Suite 270
Denver, CO 80202
(303) 844-1487
Devon.McCune@usdoj.gov

Attorneys for Defendants
United States Department of the Interior, et al.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December 2021, I caused the service of the attached Joint Appendix of Portions of the Administrative Record by filing it with the Clerk of the Court via the CM/ECF System, which sends a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consented to electronic service. To the best of my knowledge, all parties to this action receive such notices.

By:   /s/ Patrick R. Bergin
Patrick R. Bergin (D.C. Bar No. 493585)
Tim Hennessy (D.C. Bar No. CA00040)
Peebles Kidder Bergin & Robinson LLP
2020 L Street, Suite 250
Sacramento, California 95811
(916) 441-2700
pbergin@ndnlaw.com
thennessy@ndnlaw.com

Arlinda F. Locklear (D.C. Bar No. 962845)
4113 Jenifer Street, NW
Washington, DC 20015
(202) 237-0933
alocklearesq@verizon.net

Attorneys for Plaintiff
Scotts Valley Band of Pomo Indians