**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCOTTS VALLEY BAND OF POMO INDIANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:19-cv-1544-ABJ |

**YOCHA DEHE WINTUN NATION'S NOTICE OF FILING APPENDIX OF PORTIONS OF THE ADMINISTRATIVE RECORD**

The Yocha Dehe Wintun Nation ("Yocha Dehe" or the "Tribe") respectfully submits the attached appendix containing portions of the Administrative Record that are cited or otherwise relied upon in its *amicus curiae* brief (ECF 56).

This Court invited Yocha Dehe to submit an *amicus curiae* brief (ECF 33 at 15; July 13, 2021, Minute Order) and emphasized that it would "consider that submission seriously" (ECF 40 at 9). Yocha Dehe timely submitted its *amicus curiae* brief on October 22, 2021. On December 6, 2021, Scotts Valley filed a Joint Appendix (ECF 60) containing portions of the Administrative Record cited by the parties. Yocha Dehe was not consulted in the preparation of the Joint Appendix, and the Joint Appendix does not contain important material cited in the Tribe's *amicus curiae* brief. Yocha Dehe therefore submits this appendix to assist the Court in its review and consideration of the *amicus curiae* brief.

                                                     Respectfully submitted,

Dated:  December 17, 2021           */s/  Matthew G. Adams*
                                                    Matthew G. Adams, *pro hac vice*
                                                    Samantha Caravello (D.C. Bar No. CO0080)
                                                    KAPLAN KIRSCH & ROCKWELL LLP
                                                    595 Pacific Ave., 4th Floor
                                                    San Francisco, CA 94133
                                                    (415) 807-9707
                                                    madams@kaplankirsch.com
                                                    scaravello@kaplankirsch.com

                                                    Paula M. Yost, *pro hac vice*
                                                    Attorney General
                                                    YOCHA DEHE WINTUN NATION
                                                    18960 Pukham Rd., P.O. Box 18
                                                    Brooks, CA 95606
                                                    (530) 796-2016
                                                    pyost@yochadehe-nsn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2021, I caused service of the attached Yocha Dehe Wintun Nation's Notice of Filing Appendix of Portions of the Administrative Record to be made by filing it with the Clerk of the Court via the CM/ECF System, which sends a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consented to electronic service. To the best of my knowledge, all parties to this action receive such notices.

/s/ Matthew G. Adams
Matthew G. Adams, *pro hac vice*
KAPLAN KIRSCH & ROCKWELL LLP
595 Pacific Ave., 4th Floor
San Francisco, CA 94133
(415) 807-9707
madams@kaplankirsch.com