# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5162**                                      **September Term, 2023**

**1:19-cv-01544-ABJ**

**Filed On: November 9, 2023**

Scotts Valley Band of Pomo Indians,

      Appellee

   v.

United States Department of the Interior, et al.,

      Appellants

------------------------------

Consolidated with 23-5170

### O R D E R

    Upon consideration of the motion to dismiss filed in No. 23-5162 on July 19, 2023, and the stipulation of dismissal filed in these consolidated cases on November 6, 2023, it is

    **ORDERED** that the motion to dismiss in No. 23-5162 be dismissed as moot.  It is

    **FURTHER ORDERED** that the Clerk note on the docket that these consolidated cases are dismissed.  No mandate will issue.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                BY:    /s/
                                            Laura M. Morgan
                                            Deputy Clerk